USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ______
DATE FILED: 9-3-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**-against-**

**DAVID SAEZ,**

**Defendants.**

---

**26-CR-402 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **September 16, 2026**, at **2:00 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**September 3, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**